UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MATT MCDUFFEE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPORTS WAREHOUSE, a California corporation, and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 17cv0512 JM(MDD)<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT** |
|---|---|

Having considered the Joint Stipulation between Defendant Sports Warehouse and Plaintiff Matt McDuffee to remand this action to State Court (Doc. No. 10) and good cause shown, IT IS HEREBY ORDERED that this action be remanded to San Diego County Superior Court and that each party shall bear its own attorneys' fees and costs incurred in connection with the removal of this action to federal court and the remand.

**IT IS SO ORDERED.**

Dated: May 8, 2017

United States District Judge

-1-

17cv0512